

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

October 13, 2006

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    Re:    In re Letter of Request from Italy in the
             Matter of Cristalli, Misc. No. 06-182-KAJ

Dear Judge Jordan:

    Enclosed please find a proposed order that has been amended in the numbered paragraph 3 to reflect the Court's concern as communicated to the undersigned on October 12, 2006.

    The undersigned is available at the Court's convenience to address any concerns the Court might have.

                                  Respectfully submitted,

                                  COLM F. CONNOLLY
                                  United States Attorney

                        BY: /s/ Richard G. Andrews
                                  Richard G. Andrews
                                  First Assistant U.S. Attorney

RGA:taj
Enclosure

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST ) <br> FROM ITALY ) <br> IN THE MATTER OF ) <br> CRISTALLI ) | Misc No. 06-182-KAJ |

### ORDER

Upon application of the United States of America; and upon examination of a letter of request from Italy whose authorities are seeking certain testimony and information from individuals which may be found in this District, for use in a judicial proceeding in Italy and the Court being fully informed in the premises, it is hereby

**ORDERED**, pursuant to Title 28, United States Code, Section 1782, that Richard G. Andrews, Assistant United States Attorney, is appointed as Commissioner of this Court and is hereby directed to execute the letter of request from the Italian authorities as follows:

1. to take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

2. provide notice with respect to the collection of evidence to those persons identified in the requests as parties to whom notice should be given (and no notice to any other party shall be required);

3. adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a Court in Italy;

4. seek such further orders of this Court as may be necessary to execute this request; and

      5.      certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the Italian authorities.

      **IT IS FURTHER ORDERED** that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner.

Dated: This _____ day of _____, 2006.

                                                                                            UNITED STATES DISTRICT JUDGE